**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIK A. HALL,            )<br>                         )<br>          Petitioner,    )<br>                         )<br>     v.                  )<br>                         )<br>V. M. ALMAGER (Warden),  )<br>                         )<br>          Respondent.    )<br>_____) | No. CV 08-2373-AG(CW)<br><br>JUDGMENT |

   **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.


DATED: January 31, 2014

                                   _____
                                        ANDREW J. GUILFORD
                                   United States District Judge